UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

YOLANDA MCGINNIS, : Case No. 1:13-cv-00423
 :
    v. : Spiegel, J.
 :
CITY OF NORTH COLLEGE HILL, et al., :

## NOTICE

The FINAL PRETRIAL CONFERENCE set for November 13, 2014 at 2:00 p.m. and the JURY TRIAL set for December 16, 2014 are hereby VACATED. The parties have advised the Court of a settlement being reached in this matter, pending completion of probate proceedings.

JOHN P. HEHMAN, CLERK

s/Kevin Moser
Case Manager
(513) 564-7646